IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KENNETH LABA,  
        Plaintiffs,  
  v.  
PERFORMANT RECOVERY, INC.  
        Defendants.

No. C 14-02893 RS

**STANDBY ORDER OF DISMISSAL**

    The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 15, 2014.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 18, 2014 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 11/13/14

_____  
RICHARD SEEBORG  
UNITED STATES DISTRICT JUDGE