```
1  JUNE D. COLEMAN, State Bar No. 191890
   jcoleman@kmtg.com
2  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Professional Corporation
3  400 Capitol Mall, 27th Floor
   Sacramento, California 95814
4  Telephone: (916) 321-4500
   Facsimile: (916) 321-4555
5
   Attorneys for Defendant PERFORMANT
6  RECOVERY, INC.
7
```

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11 KENNETH LABA, | Case No. 3:14-CV-02893 |
| 12        Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| 13   v. | |
| 14 PERFORMANT RECOVERY, INC., | The Hon. Elizabeth D. Laporte |
| 15        Defendant. | |

16

17    Plaintiff in the above-captioned action, Kenneth Laba and Defendant, Performant

18 Recovery, Inc., hereinafter collectively referred to as the "Parties," have reached a written

19 Settlement Agreement whereby they have agreed to settle all claims raised, or that could have

20 been raised, in the above-captioned action. Accordingly, the Parties, by execution and filing of

21 this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate

22 to dismissal of this action with prejudice.

23 Dated: January 6, 2015          HYSLIP & TAYLOR LLC LPA

24

25
                         By:   /s/ Mark Lavery
26                             Mark Lavery
                               Attorneys for Plaintiff KENNETH LABA
27

28

1  Dated: January 6, 2015                    KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                             A Professional Corporation

                                             By:      /s/ June D. Coleman
                                                   June D. Coleman
                                                   Attorneys for Defendant PERFORMANT
                                                   RECOVERY, INC.

IT IS SO ORDERED

DATED: January _6_, 2015

_____
The Honorable ~~Elizabeth D. LaPorte~~ Richard Seeborg
United States District Judge